07-0684-cr
United States v. Marte

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL..

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of February, two thousand ten.

PRESENT: DENNIS JACOBS,
      <u>Chief Judge</u>,
  ROGER J. MINER,
  DEBRA A. LIVINGSTON,
      <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - - -X
**UNITED STATES OF AMERICA,**
   <u>Appellee</u>,

   **-v.-**           07-0684-cr

**JOSE MIGUEL MARTE,**
   <u>Defendant-Appellant</u>.
- - - - - - - - - - - - - - - - - - - - -X

**FOR PETITIONER:**  Steven A. Feldman, Feldman and Feldman, Uniondale, NY; Jose Miguel Marte, <u>pro se</u>, Philipsburg, PA.

**FOR APPELLEE:**  Amanda Kramer, Andrew L. Fish, Assistant United States Attorneys, of Counsel, for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

1

Appeal from a judgment of the United States District Court for the Southern District of New York (Wood, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.** We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

On December 20, 2006, Jose Marte was sentenced to 220 months' imprisonment after pleading guilty to multiple drug dealing offenses. See 21 U.S.C. §§ 812, 841, 846. We reject Marte's challenges to his guilty pleas and sentence.

Marte's guilty pleas were made knowingly and voluntarily, see United States v. Torres, 129 F.3d 710, 715 (2d Cir. 1997), and were supported by an adequate factual basis, see United States v. Andrades, 169 F.3d 131, 136 (2d Cir. 1999). The district court made no clear errors when it found (by a preponderance of evidence) predicate facts supporting a Guidelines range of 235-293 months. See United States v. Villafuerte, 502 F.3d 204, 206 (2d Cir. 2007); United States v. Ubiera, 486 F.3d 71, 77 (2d Cir. 2007). A sentence of 220 months' imprisonment was not substantively unreasonable. See United States v. Cavera, 550 F.3d 180, 190 (2d Cir. 2008) (in banc).

While there seems to be no evidence in the record to support the claim of ineffective counsel that Marte made in his pro se brief, the government concedes that "[m]ost of Marte's ineffective assistance claims cannot be resolved without further development of the record...." Therefore, we dismiss Marte's ineffective assistance of counsel claim without prejudice to its being filed in a later section 2255 petition. See United States v. Khedr, 343 F.3d 96, 99 (2d Cir. 2003) (noting that "this court has expressed a baseline aversion to resolving ineffectiveness claims on direct review" (internal quotation marks omitted)).

Finding no merit in Marte's remaining arguments, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK